**Order entered August 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01343-CV

### MATT MALOUF, Appellant

### V.

### STERQUELL PSF SETTLEMENT, L.C., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02371**

## ORDER

On July 23, 2018, on court reporter Vielica Dobbins's request for a final extension of time to file the record and her representation that she "just" needed to "finish proofing," we extended the deadline for filing the reporter's record to July 24, 2018. To date, however, the record has not been filed.

This appeal cannot proceed without the reporter's record. Because the record was first due February 26, 2018 and Ms. Dobbins represented that she "just" needed to "finish proofing," we **ORDER** the reporter's record be filed **no later than August 13, 2018**. *We caution Ms. Dobbins that failure to comply may result in an order that she not sit as a court reporter until the record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale B. Tillery, Presiding Judge of the 134th Judicial District Court; Ms. Dobbins; and, the parties.

/s/    DAVID EVANS
       JUSTICE